**FILED**

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

03 DEC 18 PM 4:40

[CLERK stamp]
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICH.

BY _____ **COPY**

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KOFI OBENG,

   Defendant.

_____/

No. 1:03CR0293

Gordon J. Quist
U.S. District Judge

**MOTION TO SEAL**

Now comes the United States of America by Margaret M. Chiara, United States Attorney for the Western District of Michigan, and Michael A. MacDonald, Assistant United States Attorney, and moves this court to seal the indictment in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until further order of this court.

          Respectfully submitted,

          MARGARET M. CHIARA
          United States Attorney

Dated: December 18, 2003

          MICHAEL A. MACDONALD
          Assistant United States Attorney
          P.O. Box 208
          Grand Rapids, MI 49501-0208
          (616) 456-2404

IT IS SO ORDERED.

Dated: December 18, 2003

          HUGH W. BRENNEMAN, JR.
          United States Magistrate Judge
          United States District Court

FILED

03 DEC 18 PM 4:40

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOFI OBENG,

    Defendant.

No. 1:03CR0293

Hon. Gordon J. Quist
U.S. District Judge

INDICTMENT

The Grand Jury charges:

## COUNT 1

(False statement in Passport Application)

On or about May 20, 2003, in Kent County, in the Southern Division of the Western District of Michigan,

**KOFI OBENG,**

defendant, did willfully and knowingly make a material false statement in a passport application with the intent to secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws and regulations relating to issuance of passports.

Specifically, the defendant submitted a passport application containing false statements concerning Kofi Obeng's place of birth, his father's place of birth, his father's citizenship, his mother's place of birth and his mother's citizenship. As proof of his identity, the defendant falsely presented a State of Michigan birth certificate, which contained a false statement that his

## COUNT 2

(Identification Fraud)

That on or about May 20, 2003, in Kent County, in the Southern Division, of the Western District of Michigan, and other places,

### KOFI OBENG,

defendant, did knowingly use, without lawful authority, a means of identification of another person, with the intent to commit an unlawful activity constituting a violation of federal law.

Specifically, the defendant falsely claimed that his parents had been issued Social Security numbers, as part of a scheme to obtain a United States passport. The defendant completed a false United States application for passport, in Wyoming, Michigan, which was then mailed to the Chicago, Illinois Passport Agency.

18 U.S.C. § 1028(a)(7)
18 U.S.C. § 1028(c)(3)(B)
18 U.S.C. § 1028(d)(4)
18 U.S.C. § 1028(b)(2)(B)
18 U.S.C. § 1542

A TRUE BILL

GRAND JURY FOREPERSON

MARGARET M. CHIARA
United States Attorney

MICHAEL A. MACDONALD
Assistant United States Attorney

father was assigned Social Security # XXX-XX-0642 and a false statement that his mother was assigned Social Security #XXX-XX-2790.

18 U.S.C. § 1542

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Gordon J. Quist
**U.S. District Judge**

. V.

**WARRANT FOR ARREST**

KOFI OBENG,

CASE NUMBER: 1:03CR0293

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ KOFI OBENG _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment __ Information __ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him or her (brief description of offense)

willfully and knowingly made a material false statement in a passport application with the intent to secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws and regulations relating to issuance of passports; and did knowingly use, without lawful authority, a means of identification of another person, with the intent to commit an unlawful activity constituting a violation of federal law

in violation of Title 18 United States Code, Section(s) 1542, 1028(a)(7), 1028(c)(3)(B), 1028(d)(4), 1028(b)(2)(B) and 1542.

HUGH W. BRENNEMAN, JR.
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

Grand Rapids, Michigan    12/18/2003
Date and Location

(By) Deputy Clerk

Bail Fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
|   |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |