# COURT MINUTES

FILED by _____ D.C.
JAN 0 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**    DATE: 1/9/04    10:00 AM

**DEFT.** KOFI OBENG (J)    **CASE NO** 04-5009-JMH

**AUSA.** Lothrop Morris for ELLEN COHEN    **ATTY.** AFPD

**AGENT.** STATE DEPARTMENT    **VIOL.** REMOVAL - WESTERN MICHIGAN

**PROCEEDING** INITIAL HEARING    **BOND.** PTD (GOV REQ)

**DISPOSITION** Dft. present & sworn; dft. advised of rights; dft found to be indigent; AFPD appointed.

Identity, Detention & possible Removal Hearings set for 1/16/04 @ 10:00 am

DATE: 1/9/04    TAPE: JMH-04-3-172