# COURT MINUTES

FILED
JAN 16 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**   DATE: __1/16/04__   TIME: __10:00 AM__

**DEFT.** __KOFI OBENG (J)__   **CASE NO** __04-5009-JMH__

**AUSA.** __WILLIAM ZLOCH for ELLEN COHEN__   **ATTY.** __AFPD   LORI BARRIST__

**AGENT** __STATE DEPARTMENT__   **VIOL.** __REMOVAL - WESTERN MICHIGAN__

**PROCEEDING** __IDENTITY/REMOVAL/DETENTION__   **BOND.** __PTD (GOV REQ)__

**DISPOSITION** __Dft present with counsel; govt. requests two week continuance of removal proceedings due to possible Rule 20 negotiations; Detention hearing held; govt proffer; special agent Hislopp sworn & testified; Dft ordered detained pending removal proceedings Status removal hearing set for 1/30/04 @ 10:00 am__

DATE: __1/16/04__   TAPE: __JMH-04-6-1733__